# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155567 | BEST | 129 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 02/27/2020  1815 | MTA 21 502 a2 |

Place of Offense: 1425 PORTER STREET

Offense Description: Factual Basis for Charge — HAZMAT ☐
DRIVER FAILURE TO STOP FOR PEDESTRIAN IN CROSSWALK

### DEFENDANT INFORMATION
Last Name: SHOEMAKER
First Name: JESSICA
MI: MARIE
Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9EMR43 | MD | 08 | HONDA A5 | | GRAY |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 90  Forfeiture Amount
+ $30 Processing Fee
$ 120  Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 571 FRAIM STREET, FT. DETRICK MD 21702
Date: TBA
Time: TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9155567*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02/27/2020 while exercising my duties as a law enforcement officer in the FT. DETRICK District of MARYLAND

AT 1815 HOURS WHILE ON UNIFORM PATROL OF THE CROSSWALK BETWEEN 1510 AND 1425 PORTER STREET FORT DETRICK MARYLAND. I OBSERVED A PEDESTRIAN ON THE 1510 SIDE STEP INTO THE CROSSWALK. A 2008 HONDA A5 GRAY IN COLOR BEARING MARYLAND REGISTRATION PLATE 9EMR43 TRAVELING WEST BOUND ON PORTER STREET DROVE THROUGH THE CROSSWALK WHILE THE PEDESTRIAN WAS WALKING TOWARDS 1425. I STOPPED VEHICLE WHICH WAS OCCUPIED ONE TIME BY DRIVER/OWNER JESSICA SHOEMAKER. DRIVER ADVISED DID NOT SEE PEDESTRIAN. ONE C/O WAS ISSUED. ALL EVENTS OCCURRED AT FORT DETRICK, MARYLAND.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/27/2020  [signature] #129
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident